Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Draus, Michael J | Case Number: 04 B 21736 |
|---|---|---|
| | Draus, Susan M | Judge: Hollis, Pamela S |
| | Printed: 02/03/09 | Filed: 6/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: January 30, 2009
Confirmed:  August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 40,404.00 | |
| Secured: | | 20,723.01 |
| Unsecured: | | 15,070.38 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 2,216.61 |
| Other Funds: | | 0.00 |
| Totals: | 40,404.00 | 40,404.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lehman & Fox | Administrative | 2,394.00 | 2,394.00 |
| 2. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 3. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 1,418.83 | 1,418.83 |
| 5. | Capital One Auto Finance | Secured | 19,304.18 | 19,304.18 |
| 6. | ECast Settlement Corp | Unsecured | 1,057.08 | 3,243.99 |
| 7. | ECast Settlement Corp | Unsecured | 181.30 | 556.38 |
| 8. | ECast Settlement Corp | Unsecured | 160.93 | 493.86 |
| 9. | ECast Settlement Corp | Unsecured | 433.04 | 1,328.90 |
| 10. | ECast Settlement Corp | Unsecured | 567.51 | 1,741.58 |
| 11. | Wells Fargo Financial | Unsecured | 234.30 | 719.04 |
| 12. | Capital One | Unsecured | 258.47 | 0.00 |
| 13. | Capital One | Unsecured | 692.16 | 0.00 |
| 14. | Capital One | Unsecured | 119.83 | 0.00 |
| 15. | Capital One Auto Finance | Unsecured | 1,714.37 | 5,261.23 |
| 16. | ECast Settlement Corp | Unsecured | 562.24 | 1,725.40 |
| 17. | Wireless One | Unsecured | | No Claim Filed |
| 18. | Universal Card Services | Unsecured | | No Claim Filed |
| 19. | Associates National Bank | Unsecured | | No Claim Filed |
| 20. | BP Oil Co | Unsecured | | No Claim Filed |
| 21. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 22. | Union Plus | Unsecured | | No Claim Filed |
| 23. | First National Bank | Unsecured | | No Claim Filed |
| 24. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 25. | Master Card | Unsecured | | No Claim Filed |
| 26. | Menards | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Draus, Michael J
Draus, Susan M
Printed: 02/03/09

Case Number: 04 B 21736
Judge: Hollis, Pamela S
Filed: 6/7/04

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Shell Credit Card | Unsecured |  | No Claim Filed |
|  |  | $ 29,098.24 | $ 38,187.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 448.30 |
| 4% | 100.18 |
| 3% | 65.26 |
| 5.5% | 316.03 |
| 5% | 108.70 |
| 4.8% | 219.17 |
| 5.4% | 821.13 |
| 6.6% | 137.84 |
|  | $ 2,216.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

